**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JERRY WATSON, 090236,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:14-CV-1356-N** |
| | ) | |
| **RODNEY COOPER, ET AL.,** | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this 6th day of June,  2014.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE